(June 22, 1918.)

## HARRY S. WORTHMAN, Appellant, v. N. B. BARNES, Respondent.

[173 Pac. 751.]

APPEAL from the District Court of the Seventh Judicial District, for Gem County. Hon. Ed. L. Bryan, Judge.

Action to remove public officer. Judgment for defendant. *Appeal dismissed.*

Geo. F. Zimmerman and Harry S. Worthman, for Appellant.

J. P. Reed, Marvin C. Hix, Richards & Haga and Thompson & Bicknell, for Respondent.

See authorities cited in *Worthman v. Shane, ante,* p. 433.

MORGAN, J.—This is a companion case to *Worthman v. Shane, ante,* p. 433, 173 Pac. 750, and the facts discussed therein, relative to perfecting the appeal and serving and filing the transcript, occur in this case. This appeal is accordingly dismissed. Costs are awarded to respondent.

Budge, C. J., and Rice, J., concur.